**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MODESTO IRRIGATION DISTRICT, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF COMMERCE, in his official capacity, et al.,<br><br>　　　　　　Defendants. | 1:06-cv-0453 OWW DLB<br><br>SCHEDULING CONFERENCE ORDER<br><br>Plaintiff's SJ Motion Filing Deadline: 1/19/07<br><br>Defendants' Opposition and Cross-Motion for SJ Filing Deadline: 2/23/07<br><br>Plaintiff's Reply and Opposition to SJ Filing Deadline: 3/23/07<br><br>Defendants' Reply to SJ Filing Deadline: 4/27/07<br><br>Hearing on Cross-Motions for SJ: 5/7/07 10:00 Ctrm. 3 |

I.   Date of Scheduling Conference.

　　　October 3, 2006.

II.  Appearances Of Counsel.

　　　O'Laughlin & Paris LLP by Jennifer Spaletta, Esq., appeared on behalf of Plaintiff Stockton East Water District and Tim O'Laughlin, Esq., appeared on behalf of all remaining Plaintiffs.

　　　No person appeared on behalf of Defendants.

　　　Steve Mashuda, Esq., appeared on behalf of Intervenor

1

Northern California Council of Fly Fishers.

III.  Schedule for the Case.

    1.   The parties this action is exempt from initial disclosures under Fed. R. Civ. P. 26(a)(1)(e).

    2.   Federal Defendants shall file the Administrative Record of the decision to list California Central Valley Steelhead DPS as threatened under the Endangered Species Act by December 1, 2006.

    3.   The Administrative Record may be filed on a DVD-CD ROM. If so filed, each party will provide the Court with hard copies of any documents cited by that party during briefing.

    4.   The last date to file motions directed at the completeness and sufficiency of the Administrative Record will be December 15, 2006.

    5.   Plaintiffs reserve the right to seek timely discovery after the Administrative Record is filed and motions to augment, if any, are heard. Federal Defendants do not consent that any extra-record discovery is appropriate and reserve their rights to any request for discovery.

    6.   The parties agree that most of the issues regarding the decision to list the Central Valley Steelhead DPS case should be resolved by motions for summary judgment. The following schedule is adopted:

        a.   Plaintiffs will file their motion for summary judgment by January 19, 2007.

        b.   Defendants will file their opposition and any cross-motion for summary judgment by February 23, 2007.

        c.   Plaintiffs will file replies in support of their

summary judgment and opposition to Defendants' cross-motion by March 23, 2007.

       d.   Defendants will file their reply by April 10, 2007.

7. The parties agree that issues regarding the adoption of critical habitat set forth in Plaintiff's tenth cause of action should be delayed until after the summary judgment motions are completed. The issues in the tenth cause of action may become moot and will require preparation of a separate voluminous Administrative Record.

8. The parties have requested the Court defer deadlines for submission of the Joint Status Report until thirty (30) days after the Court rules on the last outstanding dispositive motion.

9. The parties' cross-motions for summary judgment shall be heard May 7, 2007, at 10:00 a.m. The Court will reserve extended time for oral argument.

IT IS SO ORDERED.

Dated:   October 3, 2006            /s/ Oliver W. Wanger
emm0d6                          UNITED STATES DISTRICT JUDGE