Tim O'Laughlin, SBN 116807
William C. Paris III, SBN 168712
O'LAUGHLIN & PARIS LLP
2580 Sierra Sunrise Terrace, Suite 210
Chico, California 95928
Telephone: 530.899.9755
Facsimile: 530.899.1367

Attorneys for Plaintiff Oakdale Irrigation District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Modesto Irrigation District ("Modesto ID"), a California irrigation district; Turlock Irrigation District ("Turlock ID") a California irrigation district; Merced Irrigation District ("Merced ID") a California irrigation district; Oakdale Irrigation District ("Oakdale ID") a California irrigation district; South San Joaquin Irrigation District ("South San Joaquin ID") a California irrigation district; and Stockton East Water District ("Stockton East WD") a political subdivision of the State of California;<br><br>        Plaintiffs,<br><br>vs.<br><br>Carlos M. Gutierrez, Secretary of Commerce, in his official capacity; National Oceanic and Atmospheric Administration ("NOAA") a federal agency; Conrad C. Lautenbacher, Jr., in his official capacity as Administrator of NOAA; NMFS, a federal agency within the Commerce Department; Dr. William T. Hogarth in his official capacity as Assistant Administrator for Fisheries of NMFS; D. Robert Lohn, Regional Administrator of the Northwest Region of NMFS, sued herein in his official capacity; | CASE NO.: 1:06:CV-00453-OWW-DLB<br><br>JOINT STIPULATION FOR EXTENSION OF TIME FOR MOTIONS REGARDING CONTENT OF ADMINISTRATIVE RECORD AND VACATION OF CURRENT BRIEFING SCHEDULE AND ORDER |

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | Rodney McInnis, Regional Administrator of the ) |
| 2 | Southwest Region of NMFS, sued herein in his ) official capacity; and DOES 1 through 25, ) |
| 3 | Inclusive, ) |
| 4 | Defendants. ) |
| 5 | And ) |
| 6 | ) Northern California Council of Federation of ) |
| 7 | Fly Fishers; Federation of Fly Fishers, Delta Fly ) Fishers; Trout Unlimited; and Center For ) |
| 8 | Biological Diversity, ) |
| 9 | Proposed Defendant- ) |
| 10 | Intervenors ) |

WHEREAS, pursuant to the Court's October 3, 2006 Scheduling Conference Order, Plaintiffs are required to file their motion for summary judgment by January 19, 2007, Defendants and Intervenors are required to file their cross-motion for summary judgment by February 23, 2007, and a hearing on the motions is scheduled for May 7, 2007; and

WHEREAS, in accordance with the Court's October 3, 2006 Scheduling Conference Order, Defendants produced the administrative record on December 1, 2006; and

WHEREAS, upon review of the administrative record, Plaintiffs contend that certain documents that were completely withheld, as well as redacted portions of documents actually produced, by Defendants pursuant to the deliberative process and attorney-client privileges, should be contained in the administrative record; and

WHEREAS, pursuant to the Court's October 3, 2006 Scheduling Conference Order, any motions directed at the completeness and sufficiency of the administrative record must be filed by December 15, 2006; and

JOINT STIPULATION FOR EXTENSION OF TIME FOR MOTIONS REGARDING CONTENT OF ADMINISTRATIVE RECORD AND VACATION OF CURRENT BREIFING SCHEDULE AND PROPOSED ORDER
G:\docs\GLucas\Orders To Be Signed\06cv453.stip.ext.mtns.doc

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Plaintiffs have informed Defendants and Intervenors generally that they will pursue, informally at first and, if necessary, by formal motion, supplementation of the administrative record in an effort to include the withheld and redacted documents; and

WHEREAS, the parties have all agreed that given the number of redacted and/or withheld documents that Plaintiffs believe should properly be included in the administrative record, the current schedule does not afford the opportunity to informally negotiate in good faith over the disputed documents; and

WHEREAS, the parties have all agreed that Plaintiffs' effort to supplement the administrative record, whether or not successful, will disrupt the current schedule for filing the motions and cross-motions for summary judgment; and

WHEREAS, the parties have all agreed that the current schedule for the filing of motions regarding the completeness and sufficiency of the administrative record should be extended so that the last date to file such motions will be January 8, 2007; and

WHEREAS, the parties have all agreed that the current schedule for the filing of motions and cross-motions for summary judgment should be vacated pending a resolution of Plaintiffs' effort to supplement the administrative record; and

THEREFORE, THE PARTIES HERETO, BY AND THROUGH THEIR DESIGNATED COUNSEL OF RECORD, STIPULATE AND AGREE, AND HEREBY REQUEST AN ORDER OF THE COURT (1) extending the last date to file motions regarding the completeness and sufficiency of the administrative record to January 8, 2007, and (2) vacating the current schedule for the filing of motions and cross-motions for summary judgment. Within 20 days of resolution of the administrative record issues, the parties will submit a status report concerning further scheduling issues.

Respectfully submitted this 13th day of December, 2006.

JOINT STIPULATION FOR EXTENSION OF TIME FOR MOTIONS REGARDING CONTENT OF ADMINISTRATIVE RECORD AND VACATION OF CURRENT BREIFING SCHEDULE AND PROPOSED ORDER
G:\docs\GLucas\Orders To Be Signed\06cv453.stip.ext.mtns.doc

PDF created with pdfFactory trial version www.pdffactory.com

By:   /s/ William C. Paris, III
WILLIAM C. PARIS III
O'LAUGHLIN & PARIS LLP
2580 Sierra Sunrise Terrace, #210
Chico, CA 95928
Tel: 530-899-9755/Fax: 530-899-1367
bparis@olaughlinparis.com
Attorneys for Plaintiff Oakdale Irrigation District

GRIFFITH & MASUDA
Roger K. Masuda
Attorneys for Plaintiff Turlock Irrigation District

MASON ROBBINS GNASS & BROWNING
Kenneth M. Robbins
Attorneys for Plaintiff Merced Irrigation District

SOUTH SAN JOAQUIN IRRIGATION DISTRICT
Steven P. Emrick, General Counsel
Attorneys for Plaintiff South San Joaquin Irrigation District

HERUN CRABTREE BROWN
Jeanne Zolezzi
Jennifer Spaletta
Attorneys for Plaintiff Stockton East Water District

MODESTO IRRIGATION DISTRICT
Joy A. Warren
Joel S. Moskowitz
Attorneys for Plaintiff Modesto Irrigation District

SUE ELLEN WOOLDRIDGE

4

JOINT STIPULATION FOR EXTENSION OF TIME FOR MOTIONS REGARDING CONTENT OF ADMINISTRATIVE RECORD AND VACATION OF CURRENT BREIFING SCHEDULE AND PROPOSED ORDER
G:\docs\GLucas\Orders To Be Signed\06cv453.stip.ext.mtns.doc

PDF created with pdfFactory trial version www.pdffactory.com

Assistant Attorney General
United States Department of Justice
JEAN WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief

By:  /s/ Bridget Kennedy McNeil with consent
     BRIDGET KENNEDY MCNEIL, Trial
     Attorney, Wildlife and Marine Resources Section
     Environmental and Natural Resources Division
     United States Department of Justice
     1961 Stout St., 8th Floor
     Denver, CO 80294
     Tel: 303-844-1484/Fax: 303-844-1350
     bridget.mcneil@usdoj.gov
     Attorneys for Defendants


By:  /s/ Stephen D. Mashuda with consent
     STEPHEN D. MASHUDA
     Earthjustice
     705 Second Avenue
     Suite 203
     Seattle, WA 98104
     (206) 343-7340 x27
     Fax: (206) 343-1526
     Email: smashuda@earthjustice.org
     Attorneys for Intervenors


**IT IS SO ORDERED**.

Dated:  12/13/06                    /s/ Oliver W. Wanger
     _____        _____
                           UNITED STATES DISTRICT COURT JUDGE

5

JOINT STIPULATION FOR EXTENSION OF TIME FOR MOTIONS REGARDING CONTENT OF ADMINISTRATIVE RECORD AND VACATION OF CURRENT BREIFING SCHEDULE AND PROPOSED ORDER

G:\docs\GLucas\Orders To Be Signed\06cv453.stip.ext.mtns.doc

PDF created with pdfFactory trial version www.pdffactory.com