Tim O'Laughlin, SBN 116807
towater@olaughlinparis.com
William C. Paris III, SBN 168712
BParis@olaughlinparis.com
O'LAUGHLIN & PARIS LLP
2580 Sierra Sunrise Terrace, Suite 210
Chico, California 95928
Telephone: 530.899.9755
Facsimile: 530.899.1367

Attorneys for Plaintiff Oakdale Irrigation District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Modesto Irrigation District ("Modesto ID"), a California irrigation district; et al. | CASE NO.: 1:06:CV-00453-OWW-DLB |
| Plaintiffs, | |
| vs. | STIPULATED SCHEDULE and ORDER |
| Carlos M. Gutierrez, Secretary of Commerce, in his official capacity; et al. | Date: Time: Courtroom No. |
| Defendants, | [No hearing requested] |
| and | |
| NORTHERN CALIFORNIA COUNCIL OF FEDERATION OF FLY FISHERS, et al., | |
| Defendants-Intervenors. | |

Pursuant to the Court's December 15, 2006 Order, Counsel for Plaintiffs, Defendants, and Defendant-Intervenors hereby request that the Court adopt the stipulated schedule set forth herein. Counsel for Plaintiffs, Defendants and Defendant-Intervenors conferred on March 12, 2007 and reached agreement as to the stipulations and requests made herein.

[STIPULATED SCHEDULE and PROPOSED ORDER
- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

The parties have agreed to the following stipulated terms and deadlines, and request the Court's approval thereof:

1.    The parties agree that summary judgment briefing shall be conducted according to the following schedule:

   a.   Plaintiffs will file their motion for Summary Judgment by May 7, 2007.

   b.   Defendants and Defendant-Intervenors will file their oppositions and cross-motions for summary judgment by June 7, 2007.

   c.   Plaintiffs will file their replies in support of summary judgment and opposition to Defendants' and Defendant-Intervenors' cross-motions by July 9, 2007.

   d.   Defendants and Defendants-Intervenors will file their replies by July 25, 2007.

2.    The parties request that this Court schedule a hearing for oral argument on the above-described motions and cross-motions for summary judgment on Monday, August 20, 2007 at 10:00 a.m.

3.    As part of the motion to augment the Administrative Record, the Defendants agreed to release three documents in their entirety (AR #s 2259R, 2260R and 2255) and eight partial releases (AR #s 2241R (first redaction), 2242R (same redaction as 2241R), 2289R (first redaction), 2293R (same redaction as 2289R), 2336R (last redaction and third to last redaction), 2343R (second redaction), 2261 (e-mail from Dan Cohen) and 2265 (first paragraph)). Defendants agree to make these documents available to Plaintiffs as soon as possible now that the Court has formally ruled on the remaining documents at issue. (*See* Court's order of March 9, 2007). Plaintiffs reserve the right to seek to amend the above-agreed upon schedule if the documents are not produced in a timely fashion.

PDF created with pdfFactory trial version www.pdffactory.com

4.   Parties agree that the issues regarding the adoption of critical habitat, as set forth in

Plaintiffs' Tenth Cause of Action, should be delayed until such time as the summary

judgment motions discussed in paragraph 1 are completed.  The issues in the Tenth Cause

of Action may become moot and, in any case, will require preparation of a separate,

voluminous administrative record.

5.   In addition, Counsel request that the Court defer the deadline for the parties to submit a

Joint Status Report until 30 days after the Court rules on the last outstanding dispositive

motion.

DATED:  March 12, 2007

/s/
WILLIAM C. PARIS III
**O'LAUGHLIN & PARIS LLP**
2580 Sierra Sunrise Terrace, Suite 210
Chico, California 95928
Telephone: 530.899.9755
Facsimile:  530.899.1367
bparis@olaughlinparis.com

/s/ Bridget Kennedy-McNeil with consent
BRIDGET KENNEDY-McNEIL, Trial
attorney,United States Department of Justice
Environmental and Natural Resources Div.
Wildlife and Marine Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone:  303.844.1484
Facsimile:   303.844.1350
bridget.mcneil@usdoj.gov

/s/   Stephen D. Mashuda with consent
STEPHEN D. MASHUDA
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104-1711
Telephone: 206.343.7340
Facsimile:  206.343.1526
smashuda@earthjustice.org

**IT IS SO ORDERED**.

Dated: 4/12/07                        /s/ Oliver W. Wanger
                                 UNITED STATES DISTRICT COURT JUDGE

[STIPULATED SCHEDULE and PROPOSED ORDER
- 3 -

P:\601C – MID v. GUTIERREZ\PLEADINGS\P031207.STIP.SCHEDULE&PROP.ORDER

PDF created with pdfFactory trial version www.pdffactory.com