Jennifer L. Spaletta - State Bar Number: 200032
HERUM CRABTREE BROWN
*A California Professional Corporation*
2291 West March Lane, Suite B100
Stockton, California 95207
Telephone: (209) 472-7700
Facsimile: (209) 472-7986

Attorneys for Plaintiffs Stockton East Water District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Modesto Irrigation District, a California Irrigation District; et al.<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>Carlos M. Gutierrez, Secretary of Commerce, in his official capacity; et al.<br><br>　　　　Defendants.<br>　　And<br><br>NORTHERN CALIFORNIA COUNCIL OF FEDERATION OF FLY FISHERS, et al.,<br><br>　　　　Defendants-Intervenors. | Case No.: 1:06:CV-00453-OWW-DLB<br><br>**STIPULATED REQUEST and ORDER TO ENLARGE PAGE LIMITS IN SUMMARY JUDGMENT BRIEFING**<br><br>Date:<br>Time:<br>Courtroom No.:<br><br>[No hearing requested] |

IT IS HEREBY STIPULATED BETWEEN THE PARTIES AS FOLLOWS:

The Court's Scheduling Order dated April 12, 2007 sets a briefing schedule for cross motions for summary judgment, beginning May 7, 2007. Each party and intervenor may file two briefs under the schedule, as follows:

1.　Plaintiffs will file their Motion for Summary Judgment by May 7, 2007.

2.　Defendants and Defendant-Intervenors will file their oppositions and cross-motions for summary judgment by June 7, 2007.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1. Plaintiffs will file their replies in support of summary judgment and opposition to Defendants' and Defendant-Intervenors' cross-motions by July 9, 2007.

2. Defendants and Defendants-Intervenors will file their replies by July 25, 2007.

This case is being tried from an Administrative Record that spans more than 10 years and includes thousands of documents. A significant portion of the briefs submitted by the parties will include a description of evidence from the Administrative Record. The parties believe that detailed descriptions of record evidence in the briefs will promote judicial economy by saving the Court time otherwise required to locate and review evidence in the voluminous record.

For the foregoing reasons, the parties have stipulated to, and request an order of the Court to permit the enlargement of page limits for briefs filed such that each party's initial brief may be up to 50 pages in length and each party's second brief may be up to 35 pages in length.

DATED: April 25, 2007

**IT IS SO STIPULATED:**

/s/_____
WILLIAM C. PARIS III
O'LAUGHIN & PARIS LLP
2580 Sierra Sunrise Terrace, Suite 210
Chico, California 95928
Telephone: 530.899.9755
Facsimile: 530.899.1367
bparis@olaughlinparis.com


/s/ Bridget Kennedy-McNeil with consent
BRIDGET KENNEDY-McNEIL, Trial Attorney
United Stated Department of Justice
Environmental and Natural Resources Div.
Wildlife and Marine Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303.844.1484
Facsimile: 303.844.1350
Bridget.mcneil@usdog.gov

PDF created with pdfFactory trial version www.pdffactory.com

/s/ Stephen D. Mashuda with consent
STEPHEN D. MASHUDA
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104-1711
Telephone: 206.343.7340
Facsimile: 206.343.1526
smashuda@earthjustice.org

**IT IS SO ORDERED:**

Dated: 4/26/07                    /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT COURT JUDGE

-3-

STIPULATED REQUEST AND PROPOSED ORDER TO ENLARGE PAGE LIMITS IN SUMMARY JUDGMENT BRIEFING

PDF created with pdfFactory trial version www.pdffactory.com