RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
BRIDGET KENNEDY McNEIL, Trial Attorney
Wildlife and Marine Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout St., 8th Floor
Denver, CO 80294
Ph: 303-844-1484/Fax: 303-844-1350
bridget.mcneil@usdoj.gov

Attorneys for Federal Defendants.

FILED
DEC 3 1 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE GRANGE, et al., | |
| Plaintiffs, | No: 1:06-CV-00308 OWW DLB |
| vs. | |
| NATIONAL MARINE FISHERIES SERVICE, et al. | |
| Defendants, | |
| and | |
| FEDERATION OF FLY FISHERS, et al., | |
| Intervenor-Defendants. | |
| MODESTO IRRIGATION DISTRICT, et al., | |
| Plaintiffs, | No. 1: 06-CV-00453 OWW DLB |
| vs. | |
| CARLOS M. GUTIERREZ, et al., | **ORDER AND JUDGMENT GRANTING DEFENDANTS' AND INTERVENOR-DEFENDANTS' CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| Defendants, | |
| and | |
| NORTHERN CALIFORNIA COUNCIL OF FEDERATION OF FLY FISHERS, et al., | |
| Intervenor-Defendants. | |

1  For the reasons set forth in the October 27, 2008 Order Re Cross Motions for Summary Judgment (Grange Doc. 83, MID II Doc. 116), it is hereby ordered:

(1) In California State Grange v. NMFS, No. 1:06-CV-00308 OWW DLB, the Court hereby DENIES the Plaintiffs' Motion for Summary Judgment (Doc.29) and GRANTS the Federal Defendants' and the Defendant-Intervenors' respective Cross-Motions for Summary Judgment (Docs. 39, 43).

(2) In Modesto Irrigation District v. Gutierrez, No. 1:06-CV-00453 OWW DLB, the Court hereby DENIES the Plaintiffs' Motion for Summary Judgment (Doc. 79), and GRANTS the Federal Defendants' and the Defendant-Intervenors' respective Cross-Motions for Summary Judgment (Docs. 90, 94).

(3) Final judgment is to be entered in both cases, pursuant to Fed.R.Civ.P. 58.

(4) Each party will bear their own attorneys' fees, costs, and expenses.

DATED: _12-31-_, 2008.

_____
The Honorable Oliver W. Wanger
United States District Court Judge

1